| BRETT LIRETTE | * | NO. 2025-CA-0650 |
|---|---|---|
| VERSUS | * | COURT OF APPEAL |
| JASON C. ADAMS, STATE FARM MUTUAL | * | FOURTH CIRCUIT |
| AUTOMOBILE INSURANCE COMPANY, GEICO | * | STATE OF LOUISIANA |
| CASUALTY COMPANY, & | * | |
| AXIS VENTURES, LLC | | |
| | * | |

* * * * * * *

CONSOLIDATED WITH:

BRETT LIRETTE

VERSUS

JASON C. ADAMS, STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY, GEICO CASUALTY
COMPANY, & AXIS VENTURES, LLC

CONSOLIDATED WITH:

BRETT LIRETTE

VERSUS

JASON C. ADAMS, ET AL

CONSOLIDATED WITH:

BRETT LIRETTE

VERSUS

JASON C. ADAMS, STATE FARM
MUTUAL AUTOMOBILE INSURANCE
COMPANY, GEICO CASUALTY
COMPANY & AXIS VENTURES, LLC

CONSOLIDATED WITH:

NO. 2025-CA-0651

CONSOLIDATED WITH:

NO. 2025-CA-0708

CONSOLIDATED WITH:

NO. 2025-CA-0710

*JCL*

**LOBRANO, J., CONCURS IN THE RESULT**